IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SARA CARTER and GEORGIACARRY.ORG, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BRIAN KEMP and PINKIE TOOMER, <br><br> Defendants. | CIVIL ACTION FILE <br><br> No. 1:20-CV-1517-SCJ |

### ORDER

This matter appears before the Court on Plaintiffs' Motion for Temporary Restraining Order and request for immediate hearing (Doc. No. [3]).

Pursuant to Federal Rule of Civil Procedure 65, the Court will hold an evidentiary hearing on **Wednesday, April 15, 2020 at 10:30 a.m.** (ATL Courtroom 1907, Richard B. Russell Building and United States Courthouse, 75 Ted Turner Drive, S.W. Atlanta, Georgia 30303).

Plaintiffs shall serve the Complaint, Motion (at Doc. No. [3]), and a copy of this Order on Defendants *immediately* and in accordance with applicable law.

Plaintiffs shall also serve a copy of the Complaint, Motion (at Doc. No. [3]), and this Order on the Attorney General of the State of Georgia in his capacity as the chief law enforcement officer and lawyer for the state.

The Court also notes the importance of this matter, and anticipates that there will be public interest in attending the hearing. While the hearing will be open to the public, the Court will strive to enforce social distancing guidelines. See Doc. No. [2] (AMENDED GENERAL ORDER 20-01 RE: COURT OPERATIONS UNDER THE EXIGENT CIRCUMSTANCES CREATED BY COVID-19 AND RELATED CORONA VIRUS). A written transcript will be available if ordered from the court reporter. The Court asks that all parties inform it of how many individuals they plan to bring to the hearing by **4:00 p.m. on Monday, April 13, 2020** so that it may set up the courtroom to maintain as much distance between individuals as is practical.

**IT IS SO ORDERED** this  10th  day of April, 2020.

   s/Steve C. Jones
**HONORABLE STEVE C. JONES**
**UNITED STATES DISTRICT JUDGE**