# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| SARA CARTER, ET.AL., | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION FILE NO. |
| | ) | |
| v. | ) | 1:20-CV-01517-SCJ |
| | ) | |
| | ) | |
| BRIAN KEMP, ET.AL., | ) | |
| | ) | |
| Defendants. | ) | |

## DECLARATION REGARDING SERVICE ON BRIAN KEMP

John Monroe declares the following under penalty of perjury:

1. I am at least 18 years of age and otherwise competent to make this Declaration.

2. I am the attorney for the Plaintiffs in this case.

3. On April 10, 2020, I contacted a lobbyist of Plaintiff GeorgiaCarry.Org, Inc. about serving Gov. Brian Kemp during the current state of emergency.

4. The lobbyist informed me that the usual contacts at the Governor's Office were not accepting face-to-face contact with outsiders.

5. Upon receipt of this Court's Order to serve the Defendants immediately, I called the office of Gov. Brian Kemp to inquire about the availability of someone to receive service of process on behalf of the governor.

6. The person who answered the phone told me no one was available to accept service and that there was no one in the office because everyone had left for the afternoon for Good Friday observances.

7. She told me I could try again on Monday, April 13, but there was no guarantee anyone would be available then, either.

8. I also called several process servers, none of whom were willing to attempt service on the Governor in the Capitol because they did not want to have personal interaction with security personnel at the building entrance on account of social distancing requirements.

9. All of them also told me they were not actually working because of the Shelter at Home order issued by the Governor.

10. Because this Court ordered that Defendants be served "immediately," on the evening of April 10, 2020, I searched for a private person who might be willing and able to serve the Governor.

11. James Chrencik agreed to attempt service.

12. His Declaration of Service is being filed separately.

13.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

                                          /s/ John R. Monroe  
                                          John R. Monroe  
                                          John Monroe Law, P.C.  
                                          Attorney for Plaintiffs  
                                          156 Robert Jones Road  
                                          Dawsonville, GA  30534  
                                          678-362-7650  
                                          jrm@johnmonroelaw.com  
                                          State Bar No. 516193