# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SARA CARTER, ET.AL., ) | |
| ) | |
|    Plaintiffs, ) | CIVIL ACTION FILE NO. |
| ) | |
| v. ) | 1:20-CV-01517-SCJ |
| ) | |
| ) | |
| BRIAN KEMP, ET.AL., ) | |
| ) | |
|    Defendants. ) | |

**PLAINTIFF'S NOTICE OF NUMBER OF ATTENDEES FOR HEARING**

Pursuant to the Court's Order [Doc. 5] setting a hearing in this case for April 15, 2020, Plaintiffs hereby notify the Court that they will bring one person to the hearing (counsel who will argue the matter).

/s/ John R. Monroe
John R. Monroe
John Monroe Law, P.C.
Attorney for Plaintiff
156 Robert Jones Road
Dawsonville, GA  30534
678-362-7650
jrm@johnmonroelaw.com
State Bar No. 516193

–1–