IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SARA CARTER and<br>GEORGIACARRY.ORG, INC., | )<br>)<br>) | |
| Plaintiffs, | )<br>) | CIVIL ACTION FILE NO.: |
| vs. | )<br>) | 1:20-cv-1517-SCJ |
| BRIAN KEMP and<br>PINKIE TOOMER, | )<br>)<br>)<br>) | |
| Defendants. | ) | |

## DECLARATION OF JOAN CRUMPLER

1.

My name is Joan Crumpler, and I am *sui juris* and competent to testify in this matter. I give this declaration as evidence in the above-styled case and for any other lawful purpose. I make this declaration based upon my personal knowledge. To the extent that I have relied on written materials, they are identified in this declaration. To the extent that I have made a statement summarizing the content of the information that I have reviewed, I have attempted to state the information drawn from those materials as accurately as I can for the purpose of making this declaration and any errors are inadvertent.



2.

I am the Legal Director for the Georgia Department of Public Safety (DPS). DPS is comprised of the Georgia State Patrol, Georgia Capitol Police and the Motor Carrier Compliance Division, with 1,071 law enforcement officers posted in regions across the State of Georgia. In the capacity of Legal Director, my responsibilities include overseeing records production and providing training to State troopers regarding their responsibilities as law enforcement officers.

3.

Under the provisions of O.C.G.A. § 16-11-126(h)(2), a person is deemed to have committed the offense of carrying a weapon without a license when he or she carries a weapon without a valid weapons carry license except under the specifically enumerated exceptions set out in O.C.G.A. § 16-11-126(a). For purposes of preparing this affidavit, I sought, obtained and reviewed records of the Georgia State Patrol, kept in the ordinary course of business, to determine how many times an individual has been cited for a violation of O.C.G.A. § 16-11-126(h)(2) during the past two calendar years.

4.

Under O.C.G.A. § 16-11-137, a person carrying a weapon shall not be subject to detention for the sole purpose of investigating whether such person has a weapons carry license.

5.

For the last two years, State troopers have issued 14 citations for the offense of carrying a weapon without a permit in violation of O.C.G.A. § 16-11-126.[1]

6.

From my review of incident report DPS00001533, three of those fourteen citations (citation numbers E03162598, E3162592 and E03162589) were issued to one individual at the time of a single arrest on March 6, 2019. That individual was initially stopped after being observed travelling at a speed of 75 miles per hour in a 55 mile per hour zone.

7.

In each of the instances when one of the twelve individuals received a citation for the offense of carrying a weapon without a valid weapons carry license, citations were issued for other distinct offenses which resulted in an arrest.[2] Each

---

[1] The fourteen are citation numbers E03162598, E03247026, E03332702, E03162592, E03040952, E03188351, E03337959, E03162589, E02989877, E03148772, E03200821, E03523639, E03248892, E03088555 issued from August 28, 2018 to March 17, 2020.

[2] DPS Incident report 00001533 – fourteen citations issued, three for the offense of carrying a concealed weapon without a permit
DPS Incident report 00006722 – three citations issued
DPS Incident report I100247381 – six citations issued
DPS Incident report 00001530 – six citations issued
DPS Incident report 000016462 – eleven citations issued
DPS Incident report 000015916 – thirteen citations issued
DPS Incident report 000024703 – two citations issued

of those individuals was not eligible for a weapons license because they were prohibited by law from possessing a handgun or long gun.

8.

In each of the instances when one of the twelve individuals received a citation for the offense of carrying a weapon without a weapons carry license, the underlying cause of the traffic stop was the suspected commission of a separate and distinct criminal offense, which resulted in an arrest.[3]

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the forgoing is true and correct.

This 14th day of April, 2020.

/s/Joan Crumpler
JOAN CRUMPLER

---

DPS Incident report I100235064 – six citations issued
DPS Incident report 000009122 - seven citations issued
DPS Incident report 00041098 – eight citations issued
DPS Incident report 000007463 – five citations issued
DPS Incident report I100245561 – three citations issued

[3] Id.