IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SARA CARTER, ET.AL., | ) |
| Plaintiffs, | ) CIVIL ACTION FILE NO. |
| v. | ) 1:20-CV-01517-SCJ |
| BRIAN KEMP, ET.AL., | ) |
| Defendants. | ) |

## AMENDED COMPLAINT

Defendant Kemp has brought to Plaintiffs' attention that they inadvertently requested declaratory and injunctive relief against Kemp in his *individual* capacity. They therefore amend their complaint by restating the complaint in its entirety, but amending paragraphs 51 and 52 to seek declaratory and injunctive relief against Kemp in his *official* capacity.

/s/ John R. Monroe
John R. Monroe
John Monroe Law, P.C.
Attorney for Plaintiff
156 Robert Jones Road
Dawsonville, GA  30534
678-362-7650
jrm@johnmonroelaw.com
State Bar No. 516193

–1–