# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:20-cv-01517-SCJ
### Carter et al v. Kemp et al
### Honorable Steve C. Jones

Minute Sheet for proceedings held In Chambers on 04/15/2020.

TIME COURT COMMENCED: 10:30 A.M.
TIME COURT CONCLUDED: 12:00 P.M.      COURT REPORTER: David Ritchie
TIME IN COURT: 1:30      DEPUTY CLERK: Pamela Wright
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Kaye Burwell representing Pinkie Toomer<br>Cristina Correia representing Brian Kemp M<br>John Monroe representing GeorgiaCarry.Org, Inc.<br><br><br>John Monroe representing Sara Carter<br>Tina Piper representing Brian Kemp<br>Cheryl Ringer representing Pinkie Toomer |
| PROCEEDING CATEGORY: | Evidentiary Hearing(PI or TRO Hearing-Evidentiary); |
| MOTIONS RULED ON: | [3]Motion for TRO TAKEN UNDER ADVISEMENT |
| MINUTE TEXT: | Telephonic hearing held on Plaintiffs' Motion for Temporary Restraining Order [3]. Oral argument heard. Plaintiffs' exhibits 1-9 admitted. Defendant Pinkie Toomer's exhibits 1-3 admitted. Matter taken under advisement by the Court with written order to follow. [This proceeding was initiated with members of press and public permitted to listen remotely. Due to disruptions and technical difficulties the hearing was briefly recessed and reconvened with parties and counsel only.] |
| HEARING STATUS: | Hearing Concluded |
| EXHIBIT STATUS: | Exhibits to be filed on record at direction of the Court. |