IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SARA CARTER and )
GEORGIACARRY.ORG, INC., )
          )
     Plaintiffs, )    CIVIL ACTION FILE NO.:
          )
vs. )    1:20-cv-1517-SCJ
          )
BRIAN KEMP and )
PINKIE TOOMER, )
          )
       Defendants. )

**SECOND DECLARATION OF JOAN CRUMPLER**

1.

My name is Joan Crumpler, and I am *sui juris* and competent to testify in this matter. I give this declaration as evidence in the above-styled case and for any other lawful purpose. I make this declaration based upon my personal knowledge. This is my second declaration in this matter and I make this declaration to correct a statement included in my first declaration.

2.

In paragraph 7 of my first declaration, I *correctly* stated that each of the twelve individuals that have received citations for violation of O.C.G.A.

§ 16-11-126 were also issued citations for other distinct offenses which resulted in

an arrest.  I then stated that:

> Each of those individuals was not eligible for a weapons license
> because they were prohibited by law from possessing a handgun or
> long gun.

I should have stated that it was my *belief* that those twelve individuals were

*unlikely* eligible for a weapons carry license or prohibited by law from possessing a

handgun or long gun.  Such belief primarily arises from my knowledge of the

disqualifiers, which are listed in the Georgia's Application for Weapons Carry

License that I co-authored, in comparison to the 12 incident reports.  The

disqualifiers include such things as age restrictions (4 arrestees were under age),

known felony convictions (1 narrative reveals the arrestee's prior felony

conviction) and the use of illegal drugs within the last year (Troopers reported

either odor of marijuana coming from the vehicles and/or discovery of

methamphetamine, controlled substances, and marijuana for 8 arrestees).

However, without an extensive background search of each of the 12 individual

arrestees, including GCIC records, I cannot definitively state that all were

ineligible for a weapons carry license at the time of arrest.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the forgoing is true and correct.

This 23rd day of April, 2020.

_/s/Joan Crumpler_____
JOAN CRUMPLER